IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII MASONS' PENSION TRUST FUND; HAWAII MASONS' AND PLASTERERS' ANNUITY TRUST FUND; HAWAII MASONS' VACATION AND HOLIDAY TRUST FUND; HAWAII MASONS' AND PLASTERERS' APPRENTICESHIP AND TRAINING TRUST FUND; HAWAII MASONS' HEALTH AND WELFARE TRUST FUND; and HAWAII MASONS AND PLASTERERS HAWAII INDUSTRY STABILIZATION COMMITTEE,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DME CONCRETE & MASONRY, INC., a Hawaii corporation; DAVID EAGAR; and MARILOU EAGAR,<br><br>      Defendants.<br>_____ | Civ. No. 17-00445 JMS-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on December 27, 2017

and served concurrently upon those counsel of record who are registered

participants of CM/ECF, and served on December 28, 2017 by First Class Mail

addressed to DME Concrete & Masonry, Inc., and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DME CONCRETE & MASONRY, INC.," ECF No. 16, are adopted as the opinion and order of this Court. The Clerk of Court is directed to enter Judgment in favor of Plaintiffs and against Defendant DME Concrete & Masonry, Inc. as follows:

(1) $33,994.71 in unpaid contributions,

(2) $3,399.47 for liquidated damages,

(3) $7,890.60 in interest, and

(4) $3,317.90 in attorneys' fees and costs.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 22, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Haw. Masons' Pension Tr. Fund, et al. v. DME Concrete & Masonry, Inc.*, Civ. No. 17-00445 JMS-RLP, Order Adopting Magistrate Judge's Findings and Recommendation